JS - 6

**FILED: 2/24/15**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *The Insurance Company of the State of Pennsylvania*, | CASE NO. CV 15-208-GHK (JPRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Steadfast Insurance Company*, | |
| Defendant. | |

Pursuant to the Court's February 24, 2015 Order, IT IS HEREBY ADJUDGED that Plaintiff's Complaint is **DISMISSED without prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: February 24, 2015

_____
GEORGE H. KING
Chief United States District Judge